UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH L. STUBBLEFIELD, | ) |
| Petitioner, | ) |
| v. | ) No. 4:17-CV-102 SNLJ |
| TROY STEELE, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for extension of time to file a motion to amend his petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Although petitioner's motion for extension of time will be granted, he is once again cautioned that he must present all of his claims within the one-year period prescribed by 28 U.S.C. § 2244(d).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to amend his petition for writ of habeas corpus [Doc. # 9] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send petitioner a petition for writ of habeas corpus form.

**IT IS FURTHER ORDERED** that, no later than thirty (30) days from the date of this Order, petitioner must use the form and submit his amended petition to the Court.

Dated this ___4th___ day of May, 2017.

_____
STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE