UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH L. STUBBLEFIELD, | ) |
| Petitioner, | ) |
| v. | ) No. 4:17-CV-102 SNLJ |
| TROY STEELE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion to proceed as a pauper will be granted. Furthermore, petitioner's motion for "intervention" will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED p**etitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for "intervention" [Doc. #14] is **DENIED AS MOOT** as his amended petition has now been properly filed in this Court.

Dated this 13th day of June, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE